**Fill in this information to identify your case:**

Debtor 1: Heather Denise Moore-Hinton
 (First Name　Middle Name　Last Name)

Debtor 2: _____
(Spouse if, filing) (First Name　Middle Name　Last Name)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number (if known): 17-91305

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Draper and Kramer Mortgage Corporation<br><br>Description of property securing debt: 2500 Western Avenue Mattoon, IL 61938  Coles County  Two story, four bedroom, one and a half bathroom home | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: Debtor wishes to pursue a modification | ☐ No<br>■ Yes |
| Creditor's name: Hilton Head Island Dev Company<br><br>Description of property securing debt: 12 Valencia Rd Hilton Head Island, SC 29928-6310  Beaufort County | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: Title Max<br><br>Description of property 2010 Mazda Mazda3 125,000 | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor 1   Heather Denise Moore-Hinton                            Case number (*if known*)  17-91305

| property securing debt: | miles in good condition | ☐ Retain the property and [explain]: | |
|---|---|---|---|

| Creditor's name: | Wyndham Vacation Resorts | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | 1 Corey Road Hancock, MA 01237  Berkshire County | | |

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Heather Denise Moore-Hinton
   Heather Denise Moore-Hinton
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  July 8, 2019                                Date

CERTIFICATE OF SERVICE

      I, Ashley Anderson, Bankruptcy Assistant for Ostling & Associates, do hereby certify that a copy of the **Statement of Intent** was mailed to the following individuals on the 18th day of July, 2019 by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois:

                                              /s/ Ashley Anderson

Heather Moore-Hinton
2500 Western Avenue
Mattoon, IL 61938

Notice of the pleading was electronically mailed to the following individuals:

U.S. Trustee

Marsha Combs-Skinner, Chapter 13 Trustee